**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Susan Rios

Plaintiff,

v.

Case No.: 1:26−cv−11496
Honorable April M. Perry

The Partnerships and Unincorporated Associations Identified on Schedule A

Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 23, 2026:

MINUTE entry before the Honorable April M. Perry: As it appears that the case filed is a "Schedule A" case, Plaintiff is directed to the Court's standing order on its website directing the filing of the Court's Schedule A Template within 14 days. Upon review of the complaint, the Court sua sponte raises the propriety under Federal Rule of Civil Procedure 20(a)(2) of joining 61 defendants to this action. See, e.g., Estee Lauder Cosmetics Ltd. v. Partnerships & Unincorporated Associations Identified on Schedule A, 334 F.R.D. 182 (N.D. Ill. 2020). Plaintiff is reminded that "[c]ourts in this district generally agree that alleging that multiple defendants have infringed on the same copyright in the same way does not create the substantial evidentiary overlap required to find a similar transaction or occurrence." See Roadget Bus. Pte. Ltd. v. Individuals, Corps, Ltd. Liab. Companies, Partnerships & Unincorporated Associations Identified on Schedule A, No. 23−cv−17036, 2024 WL 1858592, at *6 (N.D. Ill. Apr. 29, 2024) (collecting cases). Plaintiff should also reference this Court's opinion in Zaful v. Schedule A Defs., 24−cv−11111, Doc. 12 (N.D. Ill. Jan. 10, 2025), where the Court expressed its views on joinder in Schedule A cases. By 10/6/26, Plaintiff must file a supplemental memorandum addressing the propriety of joinder in light of the above cases and explaining why each of the defendants is properly joined to all of the others. In the alternative, Plaintiff has leave to file an amended complaint by 10/6/26 with a smaller subset of defendants along with a memorandum explaining why each defendant is properly joined to all of the others. Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please

refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.